[No. 25937-7-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CELESTINE
CHAUNTE HOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-00953-1, Sharon S. Armstrong, J., entered
March 23, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Scholfield and Baker, JJ.

[No. 28136-4-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BARCLAY O.
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-02414-0, Terrence A. Carroll, J., entered
March 7, 1991. *Reversed* by unpublished per curiam opin-
ion.

[No. 25738-2-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM S.
ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 89-1-00163-5, David A. Nichols, J.,
entered February 14, 1990. *Dismissed* by unpublished per
curiam opinion.

[No. 27831-2-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
BARBER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-01270-2, Faith Enyeart, J., entered May
14, 1990. *Dismissed* by unpublished per curiam opinion.